NO. 07-11-00299-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 3, 2011

---

IN THE INTEREST OF S.C.S., A CHILD

---

FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2008-544,627; HONORABLE KELLY G. MOORE, JUDGE

---

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant, Chad Smith, perfected this appeal from a June 20, 2011 "Order on De Novo Appeal of Associate Judge Johnson's Order Denying Motion to Enforce Courts' Order and Order on Motion for Sanctions." On July 20, appellee, Jennifer Smith, filed a motion for new trial relating to the order appealed by Chad. On July 27, the trial court granted Jennifer's motion for new trial. The legal effect of an order granting a new trial vacates the original judgment, and returns the case to the trial court as if no previous trial had been conducted. Markowitz v. Markowitz, 118 S.W.3d 82, 88 (Tex.App.—Houston [14th Dist.] 2003, pet. denied); Long John Silver's Inc. v. Martinez, 850 S.W.2d 773, 777 (Tex.App.—San Antonio 1993, writ dism'd w.o.j.). Thus, there is no final judgment from which Chad's appeal may be prosecuted.

Accordingly, the appeal is dismissed.

Mackey K. Hancock
Justice